MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAMMY J. CSANYI, <br><br>    Plaintiff, <br><br>    v. <br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:18-cv-02496-JAM-EFB <br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her MSJ. After considering Plaintiff's MSJ and the administrative record, Defendant believes that this case may warrant voluntary remand in lieu of further litigation. Defendant respectfully requests this extension of time to attempt to obtain remand authority.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's Motion for Summary Judgment or remand stipulation will be Friday, April 5, 2019.

Respectfully submitted,

Date: *March 6, 2019*  THE METSKER LAW FIRM

By: */s/ John David Metsker* *
JOHN DAVID METSKER
* *By email authorization on March 6, 2019*
Attorney for Plaintiff

Date: *March 6, 2019*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: March 7, 2019.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ

2