MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SAMMY J. CSANYI, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Civil No. 2:18-cv-02496-JAM-EFB <br><br> **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

Stipulation for Voluntary Remand

1

Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to reevaluate the medical evidence and consider whether Plaintiff meets or medically equals the requirements of listing 1.04 for disorders of the spine; update the medical evidence, and reassess his residual functional capacity. The ALJ shall take any further action necessary to complete the record, resolve the above issues, and issue a new decision.

Respectfully submitted,

Date: *April 5, 2019*           By:   */s/ John David Metsker\**
                                      JOHN DAVID METSKER
                                      *\* By email authorization on April 5, 2019*
                                      Attorney for Plaintiff

Date: *April 5, 2019*                 MCGREGOR W. SCOTT
                                      United States Attorney

                                By:   */s/ Michael K. Marriott*
                                      MICHAEL K. MARRIOTT
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED and judgment shall be entered in plaintiff's favor.

DATED:  4/8/2019                      /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE

Stipulation for Voluntary Remand