1  John Metsker, Esq. SBN 268977
   THE METSKER LAW FIRM
2  P.O. Box 590881
3  San Francisco, CA 94159
   Phone: 866-342-6180
4  Fax: 415-500-4081
   jmetsker@metskerlaw.com
5  *Attorney for Plaintiff.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SAMMY J. CSANYI, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:18-cv-02496-JAM-EFB <br><br> **STIPULATION AND [PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff, Sammy J. Csanyi, be awarded attorney fees and expenses in the amount of three thousand eight hundred dollars ($3,800) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Sammy J. Csanyi, the government will consider the matter of Sammy J. Csanyi's assignment of EAJA fees to The Metsker Law Firm. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any

1

offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Sammy J. Csanyi, but if the Department of the Treasury determines that Sammy J. Csanyi does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to The Metsker Law Firm, pursuant to the assignment executed by Sammy J. Csanyi. Any payments made shall be delivered to The Metsker Law Firm.

This stipulation constitutes a compromise settlement of Sammy J. Csanyi's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Sammy J. Csanyi, John D. Metsker and/or The Metsker Law Firm may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of John D. Metsker and/or The Metsker Law Firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: *May 2, 2019*     THE METSKER LAW FIRM

By: */s/ John D. Metsker*
JOHN D. METSKER
Attorney for Plaintiff

Dated: *May 2, 2019*     MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott**
MICHAEL K. MARRIOTT
*By email authorization on May 2, 2019*
Special Assistant United States Attorney

By: /s/ Jeffrey Chen*
JEFFREY CHEN
*By email authorization on May 2, 2019
Of Counsel
Assistant Regional Counsel Social Security Administration Attorneys for Defendant

## ORDER

The court approves the parties' stipulation as to plaintiff's receipt of Equal Access to Justice Act ("EAJA") fees under 28 U.S.C. § 2412(d).

APPROVED AND SO ORDERED.

DATED: May 6, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE