UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY J. CSANYI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>　　　　Defendant. | No.  2:18-cv-2496-JAM-EFB<br><br><br>ORDER |

On October 5, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed October 5, 2020, are ADOPTED;

2. Plaintiff's counsel's motion for attorney's fees (ECF No. 20) is granted;

3. Plaintiff's counsel is awarded $15,000.00 in fees pursuant to 42 U.S.C. § 406(b); and

4. Upon receipt of the $15,000.00 award, counsel refund to plaintiff the sum of $3,632.67 previously awarded under the EAJA.

DATED:  November 4, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE